IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT of Alabama.

James M. Broadhead, #224802, AIS )
Full name and prison name
of Plaintiff(s)                  )

CIVIL ACTION NO. 2:14-CV-49-WHA
(To be supplied by Clerk of U.S. District Court

V.

1. Officer, captain Gwendolyn Babers.  )
2. Officer, warden, Rene Mason.
3. Officer, C/O. B. Robbins.          )
4. Officer, C/O. PeDeHelp Martin.
5. Officer, C/O. B. Wilson.           )
6. Officer, C/O. Benton Wayne.
7. Officer, C/O. T. Blakely.          )
8. Officer, C/O. S. Hlamer.
9. Officer, C/O. P. Phillips.         )
10. Officer, C/O. M. Austins.
11. Officer, C/O. J. King.            )
12. Officer, nurse Driskell.
                                       )

                                       )

RECEIVED
2014 JAN 22 P 12:39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I. PREVIOUS LAWSUITS.

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒ NO ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county):

3. Docket number

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT _____
Bullock County Correctional facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1 | captain Gwendolyn Babers | |
| 2 | warden, Rene Mason | |
| 3 | c/o. B. Robbins | |
| 4 | c/o. PedeHelp Martin | |
| 5 | c/o. B. Wilson | |
| 6 | c/o. Benton Wayne | |
| 7 | c/o. T. Blakely | |
| 8 | c/o. S. Hlamer | |
| 9 | c/o. P. Phillips | |
| 10 | c/o. M. Austins | |
| 11 | c/o. J. King | |
| 12 | nurse, Driskell | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED. _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The Prison do not have a grievance Proceivre But I" still made complaint to warden and Commissioner I" was put on ton Transfere Bullock Correctional so I Exhaust all available administrative remedies, before The filing of This The act of The (PLRA)

GROUND TWO: Officer. [redacted] corporation Gwendolyn Babers, and Officer. 4/o. B. MARTINS [redacted]. all (4) is employed as Bullock Correctional Facility P.O. Box 5107 Union Springs, AL. 36089. Defendants acted

SUPPORTING FACTS: Under State Law and color of State Law with Deadly Excessive force, as The Plaintiff was Beat and Struck with Security Sticks by (4) officers Named herein as Defendants In said case There. fore The Plaintiff was Struck a "Cooper Green Hospital"

GROUND THREE: 987. Times by The (4) Named Defendants, as The Plaintiff was Placed In 2 free world Hospital, where He Had a broken arm in (3) places, and staples In The

SUPPORTING FACTS: Head and (3) or (4) Teethe was Knocked out as There was Threats on The Plaintiff Life Plaintiff was Transfered for His safety, as The Plaitff Had fracture To His feet and ankle area from Deadly Excessive force from Defendants, "Comaensatory Damages In The amount of $10,000.00 against each Defendant. Jointly and Sererolly for Irreparble

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Injurys... Punitive Damages, In The amount of $10,000.00, against each Defendant, Jointly and Severally for Irreparable Injurys... ...for a Total sum of $80,000.00, THousand Dollars Total Claim, Plaintiff Cost In Lawsuit

JAMES Maurice, Broadhead,
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12-22-2013,
            (Date)

James Maurice, Broadhead,
Signature of plaintiff(s)

James Broadhead AIS #224802, Segregation S-12,
William E. Donaldson Correctional Facility,
100, Warrior Lane,
Bessemer AL, 35023,

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

LEGAL MAIL



02 1P   $ 000.46
0000807944   JAN 16 2014
MAILED FROM ZIP CODE 35023

Office of The Clerk
United STATES DISTRICT COURT,
P. O. Box 711,
Montgomery, AL 36101-0711