1983 Form

# In the United States District Court
# For the Northern District of Alabama

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James Broadhead, AIS #224803,

_____

_____

_____

(Enter above the full name(s) of the plaintiff(s) in this action)

v

| | | |
|---|---|---|
| Officer, Gwendolyn Babers. | 5. Officer, M. Foster. | 14. Officer, M. Austins. |
| Officer, PedeHeL P Martin. | 6. Officer, T. Blakely. | 15. Officer, P. Phillips. |
| Officer, Banton Wayne. | 7. Officer, B. Robbins. | 16. Officer, Victor Nieves. |
| Officer, B. Wilson | 8. Officer, J. King. | 17. Officer, warden, Jones. |
| | 9. Officer, nurse, Ms. Driskell. | 18. Officer, Rene Mason. |
| | 10. Officer, W. King. | |
| | 11. Officer, Sgt. King. | |
| | 12. Officer, T. Jones. | |
| | 13. Officer, B. Holmes. | |

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✗)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit

       Plaintiff(s): _____

       Defendant(s) _____

   2.  Court (if Federal Court, name the district; if State Court, name the county)

       _____

   3.  Docket Number _____

   4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

6. Approximate date of filing lawsuit _____
7. Approximate date of disposition _____ *N/A* _____

II. Place of present confinement ____*Bullock*____ *Correctional facility.*

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (✓)   No ( )

   C. If your answer is YES:

      1. What steps did you take? _____
      _____

      2. What was the result? _____
      _____

   D. If your answer is NO, explain why not? _____
   _____
   _____

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) *James M. Broadhead, AIS #224803, Segregation S-12.*
   *William E. Donaldson Correctional Facility.*
   *100, Warrior Lane,*
   Address *Bessemer, AL, 35023,*

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _____

   is employed as _____

   at _____

C. Additional Defendants _____

   _____

   _____

   _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

The Prison do NOT have a grievance Procedure. But I still made Complaint To warden and commissioner I was Put on ,Captain, Gwendolyn Babers. Transfer, so I Exhaust all available adminis- Bullock Correctional facility. P.o. Box 5107 Union Springs. AL,36089 Trative remedies, before The filing of This The act of U., Pedehelp Martin     Wilson The (PL ra) officer,     and Officer B. Wilson all (4) is employ ed as Defendants acted under state Law and Color of State law with Deadly Excessive force as The Plaintiff was Beat and struck with security sticks by (4) off- icers Named herein as Defendants In said case Th ere fore The Plaintiff was struck a, "Cooper Green Hospital" 989, Times by The (4) Named Defendants as The

Plaintiff was Placed In 2 free world Hospital, where He Had a broken arm in (3) Places and Staples In The Head and (3) or (4) Teeth was knocked out as There was Threats on the Plaintiff Life The Plaintiff was Transfered for His Safety, as The Platiff Had fracture To His feet and ankle area from

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Deadly Excessive force from Defendants, Compensatory Damages In The amount of $2,000,00 against each Defendant Jointly and sererolly for Irreparable Injurys,........ Punitive Damages, In The amount of $2,000,00 against each Defendant, Jointly and severally for Irreparable Injurys,........for a Total sum of $40,000,00 Thousand Dollars Total Claim Plaintiff Cost In Lawsuit,

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-16-2014,
(date)

James M, Broadhead, Segregation 5-12, AIS #224802, William E, Donaldson Correctional Facility 100, Warerior Lane, Bessemer AL, 35023,

_James M, Broadhead,_
Signature(s)

- 4 -