IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES M. BROADHEAD, #224802   )
                              )
    Petitioner,               )
                              )
v.                            )   CASE NO.  2:14-cv-49-WHA-TFM
                              )   [wo]
GWENDOLYN BABERS, *et al.*,   )
                              )
    Respondents.              )

**OPINION and ORDER**

On March 31, 2014, the Magistrate Judge filed a Recommendation denying Petitioner's motion for leave to proceed *in forma pauperis* and dismissing this case without prejudice for Petitioner's failure to pay the full filing fee upon the initiation of this case(Doc. No. 10).  There have been no objections filed to this Recommendation.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice.

DONE this 8th day of May, 2014.

                        /s/ W. Harold Albritton
                        W. HAROLD ALBRITTON
                        SENIOR UNITED STATES DISTRICT JUDGE